

**IT IS ORDERED as set forth below:**

**Date: May 9, 2014**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CASE NO 14-52152-BEM |
| | : |
| ANTHONY CARVER MCCLARN | : CHAPTER 7 |
|     Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| CITIZENS TRUST BANK, | : |
|     Movant, | : |
| | : CONTESTED MATTER |
| vs. | : |
| | : |
| ANTHONY CARVER MCCLARN | : |
| JASON L. PETTIE, Trustee | : |
|     Respondents. | : |
| | : |

## ORDER MODIFYING AUTOMATIC STAY

CITIZENS TRUST BANK, for itself, its successors and assigns (the "Movant"),

filed a Motion for Relief from Automatic Stay (the "Motion") April 3, 2014, which was

set for hearing April 29, 2014 (the "Hearing").  Movant seeks relief as to Debtor`s real property located in DeKalb County, Georgia, now or formerly known as 4038 Boulder Vista Drive, Conley, GA 30288 (the "Property"), as more particularly described on Exhibit "B" attached to the Motion.  Movant asserts that the Motion was properly served and hearing properly noticed.  Neither Debtor nor the Trustee oppose the relief sought; accordingly, it is hereby

**ORDERED** that the Motion is *granted*: the automatic stay of 11 U.S.C. § 362 is **MODIFIED** to allow Movant to foreclose the Property, and take possession thereof in pursuit of its state law remedies; provided, however, any proceeds remaining after foreclosure of the Property which exceed the lawful claim of Movant shall be promptly remitted to the Chapter 7 Trustee. The 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply to this Order and Movant may proceed without further delay.

**[END OF DOCUMENT]**

Prepared and Submitted by:

/s/ Lisa F. Caplan
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

## DISTRIBUTION LIST

Anthony Carver McClarn
4038 Boulder Vista Drive
Conley, GA 30288

Charles E. Taylor, Esq.
Law Office of Charles E. Taylor
778 Rays Road
Suite 101
Stone Mountain, GA 30083

Jason L. Pettie, Trustee
150 E. Ponce de Leon Avenue
One Decatur Town Center, Suite 150
Decatur, GA 30030

United States Trustee
Office of the US Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Lisa F. Caplan, Esq.
Rubin Lublin, LLC
3740 Davinci Court, Suite 150
Peachtree Corners, GA 30092