UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. **14-52152**-SMS |
| | ) | |
| **ANTHONY CARVER MCCLARN,** | ) | Chapter 7 |
| | ) | |
| Debtor | ) | |

## REPORT OF SALE

NOW COMES Jason L. Pettie, Trustee in the above-captioned case, and files this Report of Sale, reporting that Trustee received a payment from the Debtor in the amount of $24,000, and Trustee sold the estate's interest in that certain piece of real property located at 1853 Cedar Grove Rd, Conley, Georgia to the Debtor pursuant to the terms of the Order entered by the Court on November 13, 2018 [Doc. No. 71].

Respectfully submitted this 18th day of February, 2019.

/s/ Jason L. Pettie
Jason L. Pettie, Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, GA 30316
(404) 638-5984

# CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that I have served a copy of the foregoing pleading on those parties listed below by mailing a copy thereof, via first class U.S. Mail in a properly addressed envelope with sufficient postage affixed.

Office of the U.S. Trustee
Room 362, Richard B. Russell Federal Bldg
75 Ted Turner Dr, SW
Atlanta, Georgia  30303

                                                /s/ Jason L. Pettie
                                                Jason L. Pettie
                                                Georgia Bar # 574783
                                                P.O. Box 17936
                                                Atlanta, GA 30316
                                                (404) 638-5984