UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 14-52152-BEM |
|---|---|---|
| | § | |
| ANTHONY CARVER MCCLARN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Jason L. Pettie, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $100,000.00 | Assets Exempt: | $20,600.00 |
| Total Distributions to Claimants: | $12,713.86 | Claims Discharged Without Payment: | $51,334.00 |
| Total Expenses of Administration: | $10,627.12 | | |

3) Total gross receipts of $24,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $659.02 (see **Exhibit 2**), yielded net receipts of $23,340.98 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $215,095.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $10,627.12 | $10,627.12 | $10,627.12 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $51,334.00 | $12,642.08 | $12,642.08 | $12,713.86 |
| **Total Disbursements** | $266,429.00 | $23,269.20 | $23,269.20 | $23,340.98 |

4). This case was originally filed under chapter 7 on 02/03/2014. The case was pending for 69 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/12/2019            By:   /s/ Jason L. Pettie
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 1853 Cedar Grove Rd, Conley GA | 1110-000 | $24,000.00 |
| **TOTAL GROSS RECEIPTS** | | $24,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| ANTHONY CARVER MCCLARN | Surplus Funds | 8200-002 | $659.02 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $659.02 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens Trust Bank | 4220-000 | $7,249.00 | $0.00 | $0.00 | $0.00 |
| | Loan Care Servicing | 4110-000 | $178,000.00 | $0.00 | $0.00 | $0.00 |
| | PNC Mortgage | 4110-000 | $29,846.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $215,095.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jason L. Pettie, Trustee | 2100-000 | NA | $3,084.10 | $3,084.10 | $3,084.10 |
| Jason L. Pettie, Trustee | 2200-000 | NA | $29.00 | $29.00 | $29.00 |
| Jason L. Pettie, P.C., Attorney for Trustee | 3110-000 | NA | $3,069.00 | $3,069.00 | $3,069.00 |
| Stonebridge Accounting & Forensics LLC, Accountant for Trustee | 3410-000 | NA | $1,249.50 | $1,249.50 | $1,249.50 |
| Stonebridge Accounting & | 3420-000 | NA | $45.52 | $45.52 | $45.52 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Forensics LLC, Accountant for Trustee | | | | | |
| Palmerhouse Properties, Realtor for Trustee | 3510-000 | NA | $3,150.00 | $3,150.00 | $3,150.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $10,627.12 | $10,627.12 | $10,627.12 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citizens Trust Bank | 7100-000 | $0.00 | $7,953.23 | $7,953.23 | $7,953.23 |
| 2 | American InfoSource LP as agent for | 7100-000 | $0.00 | $51.57 | $51.57 | $51.57 |
| 3 | Midian Roofing, Inc. | 7200-000 | $0.00 | $4,637.28 | $4,637.28 | $4,637.28 |
| | American InfoSource LP as agent for | 7990-000 | $0.00 | $0.00 | $0.00 | $0.29 |
| | Citizens Trust Bank | 7990-000 | $0.00 | $0.00 | $0.00 | $45.16 |
| | Midian Roofing, Inc. | 7990-000 | $0.00 | $0.00 | $0.00 | $26.33 |
| | Emory Physical Therapy | 7100-000 | $1,500.00 | $0.00 | $0.00 | $0.00 |
| | Midian Roofin | 7100-000 | $4,600.00 | $0.00 | $0.00 | $0.00 |
| | Midland Funding | 7100-000 | $184.00 | $0.00 | $0.00 | $0.00 |
| | New Horizons Treatment Center | 7100-000 | $44,970.00 | $0.00 | $0.00 | $0.00 |
| | T-Mobile | 7100-000 | $80.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,334.00 | $12,642.08 | $12,642.08 | $12,713.86 |

UST Form 101-7-TDR (10/1/2010)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 14-52152-SMS | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- |
| Case Name: | MCCLARN, ANTHONY CARVER | Date Filed (f) or Converted (c): | 02/03/2014 (f) |
| For the Period Ending: | 11/12/2019 | §341(a) Meeting Date: | 03/12/2014 |
| | | Claims Bar Date: | 09/17/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 1853 Cedar Grove Rd, Conley GA | $40,000.00 | $31,676.18 | | $24,000.00 | FA |
| Asset Notes: | assume basis of $33,000 for tax purposes, estimate capital gains taxes of about $3300 | | | | | |
| 2 | 4038 Boulder Vista Dr, Conley, GA | $100,000.00 | $0.00 | OA | $0.00 | FA |
| 3 | General HH Goods | $4,500.00 | $0.00 | | $0.00 | FA |
| 4 | Misc Books, pictures | $25.00 | $0.00 | | $0.00 | FA |
| 5 | clothes | $500.00 | $0.00 | | $0.00 | FA |
| 6 | jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7 | fishing poles | $25.00 | $0.00 | | $0.00 | FA |
| 8 | 401(k) | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | 1999 Chevy Z71 truck | $2,500.00 | $0.00 | | $0.00 | FA |
| 10 | 2002 Cadillac Escalade | $7,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
| --- | --- | --- | --- | --- |
| $155,600.00 | $31,676.18 | | $24,000.00 | $0.00 |

**Major Activities affecting case closing:**

Trustee has employed realtor to sell Debtor's rental property and Trustee has been working with the realtor and the current tenants to market the property. Trustee has received an offer and has filed a motion to approve sale. Debtor has indicated that he may still want to settle with Trustee. Trustee will proceed to hearing in order to ensure that the property either sells or that the estate receives funds from the Debtor. Once sale is complete, Trustee will work with accountant to complete pay capital gains taxes due.

Debtor does not appear to be able to comply with terms of settlement; employ realtor and sell property. Employ accountant to determine capital gains tax on property as well.

Hearing was held before Judge Ellis-Monro regarding pending Chapter 7 and Chapter 13 cases. Trustee submitted priority claim in Chapter 13 case, and debtor agreed to pay enough to make a 100% distribution on filed claims, but Trustee has received no funds to date. Consult accountant to be sure no admin expense claims would be due for taxes, and either file claim for taxes as well or sell property.

scheduled status conference to determine how to treat filed claims with newly filed Ch 13 case; work with debtor and Ch 13 trustee to work out payment plan or sell real property.

Follow up with Debtor regarding whether Debtor wishes to make offer for unexempt equity in property

follow up with realtor regarding sale of property

| Initial Projected Date Of Final Report (TFR): | 03/30/2015 | Current Projected Date Of Final Report (TFR): | 01/30/2019 | /s/ JASON L. PETTIE |
| --- | --- | --- | --- | --- |
| | | | | JASON L. PETTIE |

**FORM 2**

Page No: 1

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-52152-SMS | | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- | --- |
| Case Name: | MCCLARN, ANTHONY CARVER | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9681 | | Checking Acct #: | ******2152 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 2/3/2014 | | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 11/12/2019 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/26/2018 | (1) | ANTHONY MCCLARN | payment from Debtor to buyout estate's interest in property as approved by Order entered 11/13/18 (DN 71) | 1110-000 | $24,000.00 | | $24,000.00 |
| 12/05/2018 | 3001 | Palmerhouse Properties | realtor compensation approved by Order entered 11/13/18 (DN 71) | 3510-000 | | $3,150.00 | $20,850.00 |
| 08/20/2019 | 3002 | Jason L. Pettie | Trustee Expenses | 2200-000 | | $29.00 | $20,821.00 |
| 08/20/2019 | 3003 | Jason L. Pettie | Trustee Compensation | 2100-000 | | $3,084.10 | $17,736.90 |
| 08/20/2019 | 3004 | Stonebridge Accounting & Forensics LLC | Claim #: ; Amount Claimed: 1,249.50; Amount Allowed: 1,249.50; Dividend: 5.99; | 3410-000 | | $1,249.50 | $16,487.40 |
| 08/20/2019 | 3005 | Jason L. Pettie, P.C. | Claim #: ; Amount Claimed: 3,069.00; Amount Allowed: 3,069.00; Dividend: 14.71; | 3110-000 | | $3,069.00 | $13,418.40 |
| 08/20/2019 | 3006 | Stonebridge Accounting & Forensics LLC | Claim #: ; Amount Claimed: 45.52; Amount Allowed: 45.52; Dividend: 0.21; | 3420-000 | | $45.52 | $13,372.88 |
| 08/20/2019 | 3007 | ANTHONY CARVER MCCLARN | Claim #: ; Amount Claimed: 659.02; Amount Allowed: 659.02; Dividend: 3.16; | 8200-002 | | $659.02 | $12,713.86 |
| 08/20/2019 | 3008 | Citizens Trust Bank | Claim #: 1; Amount Claimed: 7,953.23; Amount Allowed: 7,953.23; Dividend: 38.36; | * | | $7,998.39 | $4,715.47 |
| | | | Claim Amount $(7,953.23) | 7100-000 | | | $4,715.47 |
| | | | Interest $(45.16) | 7990-000 | | | $4,715.47 |
| 08/20/2019 | 3009 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 51.57; Amount Allowed: 51.57; Dividend: 0.24; | * | | $51.86 | $4,663.61 |
| | | | Claim Amount $(51.57) | 7100-000 | | | $4,663.61 |
| | | | Interest $(0.29) | 7990-000 | | | $4,663.61 |
| 08/20/2019 | 3010 | Midian Roofing, Inc. | Claim #: 3; Amount Claimed: 4,637.28; Amount Allowed: 4,637.28; Dividend: 22.36; | * | | $4,663.61 | $0.00 |
| | | | Claim Amount $(4,637.28) | 7200-000 | | | $0.00 |
| | | | Interest $(26.33) | 7990-000 | | | $0.00 |

SUBTOTALS $24,000.00   $24,000.00

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 14-52152-SMS | Trustee Name: | Jason L. Pettie |
| --- | --- | --- | --- |
| Case Name: | MCCLARN, ANTHONY CARVER | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***9681 | Checking Acct #: | ******2152 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 2/3/2014 | Blanket bond (per case limit): | $40,160,000.00 |
| For Period Ending: | 11/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | | | |
| | | | **TOTALS:** | | $24,000.00 | $24,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $24,000.00 | $24,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $659.02 | |
| | | | **Net** | | $24,000.00 | $23,340.98 | |

| For the period of 2/3/2014 to 11/12/2019 | | For the entire history of the account between 11/26/2018 to 11/12/2019 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $24,000.00 | Total Compensable Receipts: | $24,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,000.00 | Total Comp/Non Comp Receipts: | $24,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $23,340.98 | Total Compensable Disbursements: | $23,340.98 |
| Total Non-Compensable Disbursements: | $659.02 | Total Non-Compensable Disbursements: | $659.02 |
| Total Comp/Non Comp Disbursements: | $24,000.00 | Total Comp/Non Comp Disbursements: | $24,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3    Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 14-52152-SMS |
| Case Name: | MCCLARN, ANTHONY CARVER |
| Primary Taxpayer ID #: | **-***9681 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 2/3/2014 |
| For Period Ending: | 11/12/2019 |

| | |
|---|---|
| Trustee Name: | Jason L. Pettie |
| Bank Name: | Independent Bank |
| Checking Acct #: | ******2152 |
| Account Title: | |
| Blanket bond (per case limit): | $40,160,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $24,000.00 | $24,000.00 | $0.00 |

**For the period of 2/3/2014 to 11/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $24,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,340.98 |
| Total Non-Compensable Disbursements: | $659.02 |
| Total Comp/Non Comp Disbursements: | $24,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/03/2014 to 11/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $24,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $23,340.98 |
| Total Non-Compensable Disbursements: | $659.02 |
| Total Comp/Non Comp Disbursements: | $24,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JASON L. PETTIE

JASON L. PETTIE